IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, ET AL., <br><br> and <br><br> STATE OF CALIFORNIA, ET AL., <br><br> *Petitioners* <br><br> v. <br><br> ANDREW WHEELER, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL., <br><br> *Respondents* | No. 20-1360 (and consolidated cases) |

**JOINT MOTION TO EXTEND THE DEADLINE FOR FILING PROCEDURAL AND DISPOSITVE MOTIONS**

Petitioners Environmental Defense Fund, Center for Biological Diversity, Clean Air Council, Earthworks, Environmental Integrity Project, Environmental Law & Policy Center, Food & Water Watch, Ft. Berthold Protectors of Water and Earth Rights, National Parks Conservation Association, Natural Resources Defense Council, and Sierra Club, and Petitioners California, by and through Attorney General Xavier Becerra, and the California Air Resources Board, Connecticut, Delaware, Illinois, Maine, Maryland, New Mexico, New York, North Carolina,

1

Oregon, Rhode Island, Vermont, and Washington, the Commonwealths of Massachusetts, Pennsylvania, and Virginia, the City of Chicago, the District of Columbia, and the City and County of Denver (collectively, "Petitioners"), and Respondents Andrew Wheeler, Administrator, Environmental Protection Agency, and the Environmental Protection Agency (collectively, "Respondents"), jointly move to extend the deadlines for filing procedural and dispositive motions and the certified index to the record in this case. The current deadline for filing procedural motions is October 16, 2020, and the current deadline for filing dispositive motions and the certified index is November 2, 2020. The parties request that the Court extend the deadline for filing procedural motions to December 7, 2020, and for filing dispositive motions and the certified index to December 21, 2020. Movant-Intervenor GPA Midstream does not oppose this motion.

In support of their motion, Petitioners and Respondents state as follows:

1. Petitioners filed their petitions for review of *Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources Reconsideration*, published at 85 Fed. Reg. 57,398 (Sept. 15, 2020), on September 15, 2020. Doc Nos. 1862142, 1861745, 1861790.

2. On September 16, the Court established deadlines for initial filings, including a procedural motions deadline of October 16, 2020, and a

dispositive motions and certified index deadline of November 2, 2020. Doc No. 1861750.

3. The statutory period for filing petitions for review of the underlying rule expires on November 14, 2020. *See* 42 U.S.C. § 7607(b)(1). It is possible that other parties will join this case as either petitioners or respondent-intervenors before that date.

4. Likewise, the statutory deadline for filing petitions for administrative reconsideration is November 14, 2020. It is possible that the parties will want to file motions based upon the content of such petitions.

5. In light of this uncertainty, and to allow the parties more time to determine whether to file procedural or dispositive motions, the parties request that the Court extend the deadline for filing procedural motions until December 7, 2020, and extend the deadline for filing dispositive motions and the certified index until December 21, 2020.

DATED: Oct. 9, 2020

/s/ *Brian H. Lynk*

BRIAN H. LYNK, D.C. Bar. No. 459525
Environment & Natural Resources Div.
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-6187
*Attorney for Respondent United States Environmental Protection Agency*


ANN BREWSTER WEEKS
DARIN SCHROEDER
Clean Air Task Force
114 State St., 6th Floor
Boston, MA 02109
Telephone: (617) 624-0234
aweeks@catf.us
dschroeder@catf.us
*Counsel for Petitioners Earthworks and National Parks Conservation Association*

ANDRES RESTREPO
Sierra Club
50 F Street NW, 8th Floor
Washington, DC 20001
(215) 298-0335
andres.restrepo@sierraclub.org
JOANNE SPALDING
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5725
joanne.spalding@sierraclub.org
*Counsel for Petitioner Sierra Club*

Respectfully submitted,

/s/ *Susannah L. Weaver*

SUSANNAH L. WEAVER
SEAN H. DONAHUE
Donahue, Goldberg, Weaver & Littleton, LLP
1008 Pennsylvania Ave. SE
Washington, DC 20003
Phone: (202) 569-3818
susannah@donahuegoldberg.com
*Counsel for Petitioner Environmental Defense Fund*

ROSALIE WINN
PETER ZALZAL
VICKIE PATTON
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7212 (Ms. Winn)
pzalzal@edf.org
rwinn@edf.org
*Counsel for Petitioner Environmental Defense Fund*

ADAM KRON
Environmental Integrity Project
1000 Vermont Ave. NW, Suite 1100
Washington, DC 20005
Phone: (202) 263-4451
akron@environmentalintegrity.org
*Counsel for Petitioner Environmental Integrity Project*

DAVID DONIGER
PETER HUFFMAN
Natural Resources Defense Council

ROBIN COOLEY
CAITLIN MILLER
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Phone: (303) 623-9466
cmiller@earthjustice.org
*Counsel for Petitioners Ft. Berthold Protectors of Water and Earth Rights, Clean Air Council, and Sierra Club*
ELIZABETH JONES
CLARE LAKEWOOD
Center for Biological Diversity
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Phone: (213) 785-5400
ljones@biologicaldiversity.org
clakewood@biologicaldiversity.org
*Counsel for Petitioner Center for Biological Diversity*

JUSTIN VICKERS
ANN JAWORSKI
Environmental Law & Policy Center
35 E. Wacker Dr., Suite 1600
Chicago, IL 60601
Phone: (312) 795-3736
Phone: (312) 795-3711
JVickers@elpc.org
AJaworski@elpc.org
*Counsel for Petitioner Environmental Law & Policy Center*

1152 15th St. NW, Suite 300
Washington, DC 20005
Telephone: (202) 289-2403
ddoniger@nrdc.org
phuffman@nrdc.org
*Counsel for Petitioner Natural Resources Defense Council*

ADAM CARLESCO
Staff Attorney, Climate & Energy
Food & Water Watch
1616 P. Street NW, Suite 300
Washington, DC 20036
(202) 683-4925
acarlesco@fwwatch.org
*Counsel for Petitioner Food & Water Watch*

FOR THE STATE OF CALIFORNIA

XAVIER BECERRA
Attorney General of California
ROBERT BYRNE
EDWARD H. OCHOA
Senior Assistant Attorneys General
GARY E. TAVETIAN
DAVID A. ZONANA
Supervising Deputy Attorneys General
TIMOTHY E. SULLIVAN
KAVITA LESSER
CAITLAN MCLOON
Deputy Attorneys General

*/s/ Meredith J. Hankins*
MEREDITH J. HANKINS
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6177
Meredith.Hankins@doj.ca.gov

5

*Attorneys for Petitioner State of California, by and through its Attorney General Xavier Becerra, and California Air Resources Board*

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

*/s/ Jill Lacedonia*
JILL LACEDONIA
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5250
Jill.Lacedonia@ct.gov

*Attorneys for Petitioner State of Connecticut*

FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
Attorney General

*/s/ Christian Douglas Wright*
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
VALERIE EDGE
Deputy Attorney General
JAMESON A.L. TWEEDIE*
Special Assistant Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
Tel: (302) 577-8600
Christian.Wright@delaware.gov
Valerie.Edge@delaware.gov
Jameson.Tweedie@delaware.gov

*Attorneys for Petitioner State of Delaware*

*Not yet admitted to the Bar of this Court

| For the State of Illinois | For the State of Maryland |
|---|---|
| Kwame Raoul<br>Attorney General<br>Matthew J. Dunn<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br><br>*/s/ Daniel I. Rottenberg*<br>Daniel I. Rottenberg<br>Jason E. James<br>Assistant Attorneys General<br>69 W. Washington Street, 18th Floor<br>Chicago, IL 60602<br>Tel: (312) 814-3816<br>drottenberg@atg.state.il.us<br><br>*Attorneys for Petitioner State of Illinois* | Brian E. Frosh<br>Attorney General<br><br>*/s/ Joshua M. Segal*<br>Joshua M. Segal<br>Special Assistant Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Tel: (410) 576-6446<br>jsegal@oag.state.md.us<br><br>*Attorneys for Petitioner State of Maryland* |
| For the State of Maine | For the Commonwealth of Massachusetts |
| Aaron M. Frey<br>Attorney General<br><br>*/s/ Laura E. Jensen*<br>Laura E. Jensen<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>Tel: (207) 626-8868<br>Laura.Jensen@maine.gov<br><br>*Attorneys for Petitioner State of Maine* | Maura Healey<br>Attorney General<br><br>*/s/ Melissa Hoffer*<br>Melissa Hoffer<br>Chief, Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Tel: (617) 727-2200<br>Melissa.Hoffer@mass.gov<br><br>*Attorneys for Petitioner Commonwealth of Massachusetts* |

FOR THE PEOPLE OF THE STATE OF MICHIGAN

DANA NESSEL
Attorney General

*/s/ Elizabeth Morrisseau*
ELIZABETH MORRISSEAU
Assistant Attorney General
Environment, Natural Resources, and Agriculture Division 6th Floor
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
Tel: (517) 335-7664
MorrisseauE@michigan.gov

*Attorneys for Petitioner People of the State of Michigan*

FOR THE STATE OF MINNESOTA

KEITH ELLISON
Attorney General of Minnesota

*/s/ Peter N. Surdo*
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street Suite 900
Saint Paul, MN 55101
Tel: (651) 757-1061
Peter.Surdo@ag.state.mn.us

*Attorneys for Petitioner State of Minnesota*

FOR THE STATE OF NEW JERSEY

GURBIR S. GREWAL
Attorney General

*/s/ Lisa Morelli*
LISA MORELLI
Deputy Attorney General
25 Market St., PO Box 093
Trenton, NJ 08625-0093
Tel: (609) 376-2745
Lisa.Morelli@law.njoag.gov

*Attorneys for Petitioner State of New Jersey*

FOR THE STATE OF NEW MEXICO

HECTOR BALDERAS
Attorney General of New Mexico

*/s/ William Grantham*
WILLIAM GRANTHAM
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, New Mexico 87102
Tel: (505) 717-3520
wgrantham@nmag.gov

*Attorneys for Petitioner State of New Mexico*

| For the State of New York | For the State of North Carolina |
|---|---|
| Letitia James<br>Attorney General<br>Barbara D. Underwood<br>Solicitor General<br>Steven C. Wu<br>Deputy Solicitor General<br><br>*/s/ Morgan A. Costello*<br>Morgan A. Costello<br>Michael J. Myers<br>Assistant Attorneys General<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224<br>Tel: (518) 776-2392<br>morgan.costello@ag.ny.gov<br><br>*Attorneys for Petitioner State of New York* | Joshua H. Stein<br>Attorney General<br>Daniel S. Hirschman<br>Senior Deputy Attorney General<br><br>*/s/ Asher P. Spiller*<br>Asher P. Spiller<br>Taylor H. Crabtree<br>Assistant Attorneys General<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Tel: (919) 716-6400<br>aspiller@ncdoj.gov<br>tcrabtree@ncdoj.gov<br><br>*Attorneys for Petitioner State of North Carolina* |

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

*/s/ Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge
STEVE NOVICK
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Tel: (503) 947-4593
Paul.Garrahan@doj.state.or.us
Steve.Novick@doj.state.or.us

*Attorneys for Petitioner State of Oregon*

FOR THE COMMONWEALTH OF PENNSYLVANIA

JOSH SHAPIRO
Attorney General
MICHAEL J. FISCHER
Chief Deputy Attorney General

*/s/ Ann R. Johnston*
ANN R. JOHNSTON
Senior Deputy Attorney General
Office of Attorney General
1600 Arch St. Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2171
ajohnston@attorneygeneral.gov

*Attorneys for Petitioner Commonwealth of Pennsylvania*

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

*/s/ Gregory S. Schultz*
GREGORY S. SCHULTZ
Special Assistant Attorney General
Rhode Island Office of Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
gschultz@riag.ri.gov

*Attorneys for Petitioner State of Rhode Island*

FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

*/s/ Nicholas F. Persampieri*
NICHOLAS F. PERSAMPIERI
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
Tel: (802) 828-3171
nick.persampieri@vermont.gov

*Attorneys for Petitioner State of Vermont*

FOR THE COMMONWEALTH OF VIRGINIA

MARK R. HERRING
Attorney General
PAUL KUGELMAN, JR.
Senior Assistant Attorney General
Chief, Environmental Section

*/s/ Caitlin C. G. O'Dwyer*
CAITLIN C. G. O'DWYER
Assistant Attorney General
Office of the Attorney General
Commonwealth of Virginia
202 North 9th Street
Richmond, VA 23219
Tel: (804) 786-1780
godwyer@oag.state.va.us

*Attorneys for Petitioner Commonwealth of Virginia*

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

*/s/ Emily C. Nelson*
EMILY C. NELSON
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, WA 98504
Tel: (360) 586-4507
emily.nelson@atg.wa.gov

*Attorneys for Petitioner State of Washington*

FOR THE CITY OF CHICAGO

MARK A. FLESSNER
Corporation Counsel

*/s/ Benna Ruth Solomon*
BENNA RUTH SOLOMON
Deputy Corporation Counsel
JARED POLICICCHIO
Supervising Assistant Corporation Counsel
30 N. LaSalle Street, S. 800
Chicago, IL 60602
Tel: (312) 744-7764
Benna.Solomon@cityofchicago.org
Jared.Policicchio@cityofchicago.org

*Attorneys for Petitioner City of Chicago*

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General

*/s/ Loren L. AliKhan*
LOREN L. ALIKHAN
Solicitor General
Office of the Attorney General
400 Sixth Street, NW, Ste. 8100
Washington, D.C. 20001
Tel: (202) 727-6287
Loren.Alikhan@dc.gov

*Attorneys for Petitioner District of Columbia*

For the City and County of
Denver

Kristin M. Bronson
City Attorney

*/s/ Edward J. Gorman*
Edward J. Gorman
Lindsay S. Carder
Assistant City Attorneys
Denver City Attorney's Office
201 W. Colfax Avenue, Dept. 1207
Denver, Colorado 80202
Tel: (720) 913-3275
Edward.Gorman@denvergov.org

*Attorneys for Petitioner City and County of Denver*

# CERTIFICATE OF COMPLIANCE

I certify that the forgoing motion was printed in a proportionally spaced font of 14 points and that, according to the word-count program in Microsoft Word 2016, it contains 417 words.

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2020, I served the foregoing Motion for a Stay or, in the Alternative, Summary Vacatur, on all parties through the Court's electronic filing (ECF) system and by email.

DATED: October 9, 2020            /s/ *Susannah L. Weaver*
                                  Susannah L. Weaver