**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, et al., <br><br> *Petitioners*, <br><br> v. <br><br> MICHAEL REGAN, et al., <br><br> *Respondents*. | **Case No. 20-1360 and consolidated cases** |

**EPA'S UNOPPOSED MOTION TO HOLD CASE IN ABEYANCE**

The United States, on behalf of Respondents the United States Environmental Protection Agency ("EPA"), and Michael Regan, EPA Administrator (collectively "EPA"), hereby submits this unopposed motion to govern further proceedings in this case. Pursuant to the Court's most recent order, a motion to govern further proceedings currently is due by December 4, 2024. As explained in more detail below, EPA respectfully requests that the Court proceed by holding this case in abeyance pending the resolution of petitions for review that were filed in this Court in a separate but related case. Further grounds supporting this motion are set forth below:

1. These consolidated petitions for review involve challenges by multiple petitioners to a final EPA action promulgated pursuant to the Clean Air Act, 42 U.S.C. § 7411, entitled "Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources Reconsideration" 85 Fed. Reg. 57,398 (Sept. 15, 2020) ("Technical Rule"). Multiple parties also intervened as Respondents.

2. From February 19, 2021, until earlier this year, these petitions were held in abeyance pending EPA administrative proceedings. The abeyance order required EPA to file 120-day status reports and further required that the parties file a motion or motions to govern further proceedings within 30 days of the completion of agency proceedings. ECF No. 1886335.

3. On November 30, 2023, EPA signed a final rule titled "Standards of Performance for New, Reconstructed, and Modified Sources and Emissions Guidelines for Existing Sources: Oil and Natural Gas Sector Climate Review" (hereinafter the "2024 Rule"). The 2024 Rule was published in the Federal Register on March 8, 2024. 89 Fed. Reg. 16,820.

4. Within 30 days of that Federal Register publication, on Monday, April 8, 2024, EPA moved for an extension until May 22, 2024 of the date to file a motion to govern further proceedings. EPA's motion noted, *inter alia*, that petitions for judicial review of the 2024 Rule had by then been filed, and that the

time for filing any additional petitions for judicial review would not run until May 7, 2024. The Court granted the requested extension. ECF No. 2049897. The Court later granted additional extension motions, in which EPA noted further litigation developments concerning the 2024 Rule, including contested stay applications that were finally resolved on October 4, 2024, with the Supreme Court's denial of a stay, and the establishment by this Court of a merits briefing schedule. The most recent extension motion requested a filing date of December 4, 2024, for a motion to govern further proceedings in this case.

5. After EPA filed the most recent extension motion, EPA completed its consultations with the parties concerning how to proceed in this matter. All Petitioners and Intervenors have now confirmed through counsel that they do not object to the following:

    a. An order holding the instant petitions for judicial review in abeyance pending the resolution of the petitions for judicial review of the 2024 Rule; and

    b. a requirement that the parties must file a new motion to govern further proceedings in this case within 30 days following resolution of the petitions for judicial review of the 2024 Rule.

6. For the foregoing reasons, EPA requests that the Court grant this motion and issue an order holding this case in abeyance as described more particularly in Paragraph 5 above.

                        Respectfully submitted,

                        TODD KIM
                        Assistant Attorney General
                         Environment & Natural Resources
                        Division

Dated: December 4, 2024   By:   /s/ *Brian H. Lynk*
                                                  BRIAN H. LYNK, NY Bar No. 2868743
                                                  Senior Trial Counsel
                                                  Environmental Defense Section
                                                  P.O. Box 7611
                                                  Washington, DC 20044
                                                  (202) 514-6187 (tel.)
                                                  Attorney for Respondent

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing EPA's Status Report complies with the requirements of Fed. R. App. P. Rule 27(d)(2) because it contains 559 words according to the count of Microsoft Word and therefore is within the word limit of 5,200 words.

Dated: December 4, 2024                  */s/ Brian H. Lynk*
                                                               Brian H. Lynk

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with the Clerk of the Court this 4th day of December, 2024, using the appellate CM/ECF System, causing true and correct copies thereof to be sent to all counsel of record through the appellate CM/ECF system.

*/s/ Brian H. Lynk*
Brian H. Lynk