# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-1360** **September Term, 2024**

**EPA-85FR57398**

**Filed On: January 8, 2025** **[2093064]**

Environmental Defense Fund, et al.,

Petitioners

v.

Michael S. Regan, Administrator, United States Environmental Protection Agency and Environmental Protection Agency,

Respondents

------------------------------

American Exploration & Production Council, et al.,

Intervenors

------------------------------

Consolidated with 20-1364, 20-1367

## O R D E R

Upon consideration of respondents' unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case continue to be held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of this court's disposition of No. 24-1054, Texas v. EPA.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
James A. Kaiser
Deputy Clerk